Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Francisca Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAVE MART SUPERMARKETS dba FOOD MAXX #482, et al.,<br><br>    Defendants. | No. 3:17-CV-00140-RS<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Francisca Moralez ("Plaintiff"), and Defendants, Save Mart Supermarkets dba Food Maxx #482 and RMP Properties, LLC ("Defendants," and together with Plaintiff, the "Parties"), the parties who have appeared in this action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Orders.

**IT IS FURTHER STIPULATED** that Plaintiff will file her First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is

///

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

filed.

**IT IS SO STIPULATED**.

Dated: May 22, 2017					MISSION LAW FIRM, A.P.C.


							*/s/ Zachary M. Best*
							Zachary M. Best
							Attorneys for Plaintiff,
							Francisca Moralez

Dated: May 22, 2017					LANG RICHERT & PATCH


							*/s/ Charles Trudung Taylor*
							Charles Trudung Taylor
							Attorney for Defendants,
							Save Mart Supermarkets dba Food Maxx #482 and
							RMP Properties, LLC

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file her First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that the response thereto by Defendants Save Mart Supermarkets dba Food Maxx #482 and RMP Properties, LLC shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: 5/23/17						_[signature]_
							United States District Judge